**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC, UNILOC LICENSING USA LLC, and UNILOC USA, INC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | § § § § § § § § § § § §　　Case No. 2:18-cv-00449-JRG-RSP |

## ORDER

　　Having received Plaintiffs' Notice of Dismissal Without Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) [Dkt. #8], the Court hereby ORDERS that the claims of all Plaintiffs against Google LLC in this matter are DISMISSED WITHOUT PREJUDICE.

　　**So ORDERED and SIGNED this 21st day of November, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE